BERZON, Circuit Judge,
concurring, with whom
MURGUIA, Circuit Judge, joins:
I fully concur in the majority opinion but note the following: With respect to whether Proposition 200’s polling place provision “results in a denial or abridgement of the right of any citizen of the United States to vote on account of race or color” in violation of § 2(a) of the VRA, 42 U.S.C. § 1973(a), the court holds only that the current record is insufficient to show a “causal connection between the challenged voting practice and [a] prohibited discriminatory result,” Smith v. Salt River Project Agrie. Improvement & Power Dist., 109 F.3d 586, 595 (9th Cir.1997) (alteration in original) (internal quotation marks omitted). I concur in Section III.A of the majority opinion with that understanding of its limited reach. A different record in a future case could produce a different outcome with regard to the § 2 causation question.